**Alesya M. PASCHAL, Plaintiff–Appellant,**

v.

**SECRETARY OF THE ARMY, Defendant–Appellee.**

No. 15–13256.

United States Court of Appeals, Eleventh Circuit.

April 22, 2016.

Buddie Ralph Brown, Jr., Law Offices of Buddie R. Brown, Jr., Decatur, AL, Howell Roger Riggs, Huntsville, AL, for Plaintiff-Appellant.

Erin Massey Everitt, James G. Gann, III, Jenny Lynn Smith, Joyce White Vance, U.S. Attorney's Office, Birmingham, AL, for Defendant–Appellee.

Before WILSON, MARTIN and HIGGINBOTHAM,* Circuit Judges.

---

* Honorable Patrick E. Higginbotham, United States Circuit Judge for the Fifth Circuit, sitting by designation.

PER CURIAM:

For essentially the reasons stated by the able district judge and with the benefit of oral argument, we affirm.